Gary R. Goodheart, Esq.
Nevada Bar No. 1203
Gordon H. Warren, Esq.
Nevada Bar No. 2999
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705

Daniel M. Eliades, Esq. (Admitted *Pro Hac Vice*)
FORMAN HOLT ELIADES & RAVIN LLC
80 East Route 4, Suite 290
Paramus, New Jersey 07652
Telephone: (201) 845-1000
Facsimile: (201) 845-9112

*Attorneys for Plaintiff Century 21 Real Estate LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY 21, LLC, a Delaware limited liability company, f/k/a Century 21 Real Estate Corporation, | Case No. 2:08-CV-00403-KJD-RJJ |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JIMMY J. DAGUE, RODNEY L. JOHNSON, MICHAEL G. BRELSFORD, and ELLEN HEASTON, | |
| Defendants. | |

**PLAINTIFF AND DEFENDANTS,** having previously entered into a Settlement Agreement pursuant to which the District Court for the District of Nevada dismissed the above captioned case without prejudice and further pursuant to which Consent Judgment signed by the parties in the form annexed to the Affidavit of Counsel filed November 15, 2010 as Exhibit "C" has been held in escrow by Plaintiff's attorneys; and Plaintiff having made application for entry of the Consent Judgment supported by an Affidavit of Plaintiff or counsel for Plaintiff affirming

1

that Defendants are in default of the Settlement Agreement and the Court having directed by prior Order that Plaintiff make certain changes to the form of Judgment, and Plaintiff having made said changes which are incorporated herein, Plaintiff is entitled to have this Judgment entered by this Court pursuant to the Settlement Agreement and further confirming the amount owed under the Settlement Agreement after allowing credits for the payments made pursuant to the Settlement Agreement;

Good cause appearing, it is:

**ORDERED,** that Judgment in favor of Plaintiff and against the Defendant, Jimmy J. Dague, Rodney L. Johnson, Michael G. Brelsford and their successors, assigns, executors and administrators, jointly, severally, and in the alternative, be and is hereby entered in the amount of $1,000,000, plus costs to be taxed by the Clerk; and it is further

**ORDERED,** that Judgment in favor of Plaintiff and against Defendant Ellen Heaston and her successors, assigns, executors and administrators, be and is hereby entered in the amount of $231,333, plus costs to be taxed by the Clerk; and it is further

**ORDERED,** that Century 21's right to seek an award of counsels' fees by separate application is expressly reserved.

**ORDERED,** that Judgment is entered this 16th day of November, 2010;

_____
UNITED STATES DISTRICT JUDGE