Gary R. Goodheart, Esq.
Nevada Bar No. 1203
Gordon H. Warren, Esq.
Nevada Bar No. 2999
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile:  (702) 737-7705

Daniel M. Eliades, Esq. (Admitted *Pro Hac Vice*)
FORMAN HOLT ELIADES & RAVIN LLC
80 East Route 4, Suite 290
Paramus, New Jersey 07652
Telephone:  (201) 845-1000
Facsimile: (201) 845-9112

*Attorneys for Plaintiff Century 21 Real Estate LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CENTURY 21, LLC, a Delaware limited liability company, f/k/a Century 21 Real Estate Corporation,

                          Plaintiff,

vs.

JIMMY J. DAGUE, RODNEY L. JOHNSON, MICHAEL G. BRELSFORD, and ELLEN HEASTON,

                          Defendants.

Case No. 2:08-CV-00403-KJD-RJJ

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

The Court has reviewed Plaintiff's Motion for Attorneys' Fees and Costs filed November 30, 2010, (Doc. #50), and the associated Affidavits of Plaintiff's counsel (Doc. #50.1 and Doc. #50.8)

Defendants have failed to file Opposition to the Motion.

Having reviewed the detailed billing records provided by counsel, and good cause appearing, it is hereby

ORDERED, that Plaintiff's Motion for Attorneys' Fees is granted.

IT IS FURTHER ORDERED that Plaintiff is awarded $92,605.00 for attorneys' fees

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300    Fax: (702) 737-7705

incurred by Forman Holt Eliades & Ravin, LLC, and $56,404.50 in attorneys' fees incurred by

Jones Vargas.

Plaintiff is directed to submit an Amended Judgment reflecting this award.

DATED:  5/12/2011

_____
UNITED STATES DISTRICT JUDGE

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705