Gary R. Goodheart, Esq.
Nevada Bar No. 1203
Gordon H. Warren, Esq.
Nevada Bar No. 2999
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile:  (702) 737-7705

Daniel M. Eliades, Esq. (Admitted *Pro Hac Vice*)
FORMAN HOLT ELIADES & RAVIN LLC
80 East Route 4, Suite 290
Paramus, New Jersey 07652
Telephone:  (201) 845-1000
Facsimile: (201) 845-9112

*Attorneys for Plaintiff Century 21 Real Estate LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY 21, LLC, a Delaware limited liability company, f/k/a Century 21 Real Estate Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>JIMMY J. DAGUE, RODNEY L. JOHNSON, MICHAEL G. BRELSFORD, and ELLEN HEASTON,<br><br>                    Defendants. | Case No. 2:08-CV-00403-KJD-RJJ<br><br>**AMENDED JUDGMENT** |

On November 16, 2010, this Court entered Judgment (Doc. #49) in favor of Plaintiff against Defendants Jimmy J. Dague, Rodney L. Johnson, Michael G. Brelsford and Ellen Heaston. The Judgment is now amended to include an award of attorneys' fees and costs to Plaintiff as sought by Plaintiff's Motion for Attorneys' Fees and Costs filed November 30, 2010 (Doc. #50).

Good cause appearing, it is:

1

1   **ORDERED,** that Judgment in favor of Plaintiff and against Defendants, Jimmy J.
2   Dague, Rodney L. Johnson, Michael G. Brelsford and their successors, assigns, executors and
3   administrators, jointly, severally, be and is hereby entered in the amount of $1,000,000, and it
4   is further

5   **ORDERED,** that Judgment in favor of Plaintiff and against Defendant Ellen Heaston
6   and her successors, assigns, executors and administrators, be and is hereby entered in the
7   amount of $231,333, and it is further

8   **ORDERED**, that Judgment in favor of Plaintiff and against all Defendants, jointly and
9   severally, and their successors, assigns, executors and administrators, be and is hereby entered
10  in the amount of $149,009.50 for attorneys' fees and costs reasonably incurred in the
11  prosecution of this action.

13  DATED: 5/12/2011                    _____
                                        UNITED STATES DISTRICT JUDGE