Gary R. Goodheart, Esq.
Nevada Bar No. 1203
Conor P. Flynn, Esq.
Nevada Bar No. 11569
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705

Daniel M. Eliades, Esq. (Admitted *Pro Hac Vice*)
FORMAN HOLT ELIADES & RAVIN LLC
80 East Route 4, Suite 290
Paramus, New Jersey 07652
Telephone: (201) 845-1000
Facsimile: (201) 845-9112

*Attorneys for Plaintiff Century 21, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY 21, LLC, a Delaware limited liability company, f/k/a Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY J. DAGUE, RODNEY L. JOHNSON, MICHAEL G. BRELSFORD, and ELLEN HEASTON,<br><br>Defendants. | Case No. 2:08-CV-00403-KJD-RJJ<br><br>**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR JIMMY J. DAGUE** |

Upon ex parte motion of Plaintiff, Century 21, LLC ("Century 21"), by and through its attorneys of record, the law firm of Jones Vargas, for an order allowing examination of the judgment debtor or person most knowledgeable for the judgment debtor pursuant to Fed. R. Civ. P. 69, Nev. R. Civ. P. 69, and N.R.S. 21.270, and good cause appearing therefore,

IT IS HEREBY ORDERED that the judgment debtor, Jimmy J. Dague, appear at the law offices of Jones Vargas, located at 3773 Howard Hughes Parkway, Third Floor South, Las

1

1  Vegas, NV, 89169 on 26th day of January, 2012, at the hour of 10:00 a.m., and on such further
2  days as the Court shall name, to testify under oath concerning his assets, including, but not
3  limited to, cash, bank accounts, accounts receivable, security accounts, and real property.  The
4  judgment debtor is hereby forbidden in the meantime from disposing of any property not
5  exempt from execution.
6      IT IS FURTHER ORDERED that judgment debtor produce the items set forth in **Exhibit
7  "1"** attached hereto to Jones Vargas' counsel located at 3773 Howard Hughes Pkwy., 3rd Floor
8  South, Las Vegas, Nevada 89169 by **the 19th day of January, 2011 at 5:00 p.m**.
9      Failure to appear at the time and place stated above will result in a bench warrant being
10 issued for your arrest.

12 DATED: <u>JAN. 10,</u> 2012        By: _____Robert J. Johnston_____
                                             UNITED STATES OCKEVTCVG JUDGE

# Exhibit "1"

# Exhibit "1"

Document4

**EXHIBIT "1" to [Order]**

Defendant Jimmy J. Dague ("Judgment Debtor") is to bring and produce for inspection at the aforesaid time and place any and all documents identified below in "Schedule A" that disclose or relate to the nature, location and extent of his assets, real and personal, which may be utilized in satisfaction of the judgment, including, but not limited to, the documents set forth on the schedule attached hereto.

As used herein:

1. "Document" or "documents" means, by way of illustration and not by way of limitation, the following items, whether printed or recorded electronically or reproduced by any other mechanical process, written, produced by hand or produced by or stored in a computer, regardless of origin or location: books, records, communications, reports, correspondence, letters, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, applications, booklets, brochures, catalogues, circulars, magazines, pamphlets, periodicals, bulletins, instructions, minutes, other communications, purchase orders, bills of lading, bid tabulations, questionnaires, surveys, contracts, agreements, options to purchase, memoranda of agreements, assignments, licenses, books of account, orders, invoices, statements, bills, checks, vouchers, ledger sheets, accounts, journals, cancelled checks, bank statements, bank passbooks, confirmations, statements of accounts, analyses, diaries, graphs, notebooks, charts, tables, working papers, plans, indices, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of accountants or consultants, data sheets, data processing cards, photographs, photographic negatives, phone records, tape recordings, discs, wire recordings, transcripts of recordings, drawings, motion picture film, advertisements, press releases, drafts, and marginal comments appearing on any such documents, all other written or printed matter of any kind, or any other and all other data compilations from which information can be obtained and translated if necessary.

## Schedule A

1. A copy of each paper, document, or other tangible thing which evidences your ownership interest in any savings or checking account held at any bank, savings and loan institution, trust company, or any other financial institution.

2. A copy of each paper, document, or other tangible thing which evidences your ownership interest, legal or beneficial, in real property.

3. A copy of each paper, document, or other tangible thing which evidences your ownership interest, legal or beneficial, in personal property the original value of which exceeded $200.00.

4. A copy of each paper, document, or other tangible thing which evidences your ownership interest, legal or beneficial, in any stocks, bonds, certificates of deposit, annuities, securities, and brokerage accounts.

5. A copy of each paper, document, or other tangible thing which evidences that you maintain a safe deposit box.

6. A copy of each paper, document, or other tangible thing which evidences that you are currently prosecuting a pending lawsuit.

7. A copy of each paper, document, or other tangible thing which evidences that you are entitled to collect any amount for a Judgment.

8. A copy of each paper, document, or other tangible thing which evidences your ownership interest, legal or beneficial, in any notes receivables, trade receivables, or accounts receivables.

9. A copy of each paper, document, or other tangible thing which evidences that you are the beneficiary, either directly or indirectly, of any trusts or endowments.

10. A copy of any paper, document, or other tangible thing which evidences that you have in your possession cash.

11. A copy of any federal or state tax return filed by you for the last preceding three (3) calendar years or fiscal years.

12. A copy of any financial statements, income statements, and profit and loss statements for your financial activities for the last preceding three (3) calendar years or fiscal years.

13. A copy of any document or record indicating the name of any accountant, auditor, or bookkeepers who have audited or kept the books and records for your financial activities for the last preceding three (3) calendar years or fiscal years.

14. A copy of any document or record indicating the name of any accountant who prepared your federal and state income tax returns for the last preceding three (3) calendar years or fiscal years.

15. A copy of each paper, document, or other tangible thing which evidences your ownership interest, legal or beneficial, in any pensions or retirement plans.